IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CICON and SANDRA CICON, his wife, | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. 3:14-cv-02187 |
| vs. | : | |
| | : | ASSIGNED TO: |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | JUDGE RICHARD P. CONABOY |
| Defendant | : | JURY TRIAL DEMANDED |

FILED
SCRANTON

NOV 1 6 2015

DEPUTY CLERK

## ORDER

**AND NOW**, this 16th day of November, 2015, upon consideration of the following Stipulation/Agreement of the parties in the above-captioned matter, the Stipulation/Agreement is hereby **APPROVED** and Count IV (Breach of Contract) and Count V (Bad Faith) of Plaintiffs' Complaint are hereby withdrawn, stricken and dismissed, with prejudice. This matter will proceed solely on Counts I and II of Plaintiffs' Complaint.

BY THE COURT:

/s/ Richard P. Conaboy

HONORABLE RICHARD P. CONABOY
UNITED STATES DISTRICT COURT