IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Cicon and Sandra Cicon | : |
| Plaintiffs', | : (Judge Conaboy) |
| vs. | : |
| | :3:14-CV- 2187 |
| State Farm Mutual Automobile Insurance Co. | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*/s/ Richard P. Conaboy*
Richard P. Conaboy
United States District Judge

DATE: March 2, 2016

FILED
SCRANTON

MAR 0 2 2016

PER ___CTL___
DEPUTY CLERK